■ In the Matter of WILLARD H. MYERS, III, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [629 NYS2d 719] —Order of suspension entered. Memorandum: Respondent's unexcused failure to appear or to answer the petition constitutes a default. Present— Denman, P. J., Lawton, Balio, Davis and Boehm, JJ.

■ In the Matter of WILLIAM J. MASTINE, JR., an Attorney, Resignor. [629 NYS2d 718] —Resignation accepted and name stricken from roll of attorneys. Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ.

■ In the Matter of JOSEPH CHIAVERINI, Appellant, v NANCY KERRY, Respondent. [629 NYS2d 718] —Motion to vacate automatic dismissal of appeal denied as unnecessary. Memorandum: Appeals taken pursuant to the Family Court Act, by notices of appeal dated between July 1, 1992 and December 9, 1993, are exempt from the automatic dismissal provision of 22 NYCRR 1000.3 (b) (2) (i). Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ. (Filed May 17, 1995.)